UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KELLY INNSBRUCK ALEXANDER,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WANN, dba CFO for New York Community Bank, in private capacity, NEW YORK COMMUNITY BANK, CAL-WESTERN RECONVEYANCE CORPORATION, CLARK COUNTY OF NEVADA,<br><br>Defendants. | 2:11-CV-00793-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration are Plaintiff's Motion for Preliminary Injunction (Doc. #5) filed May 31, 2011, Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #9) filed June 3, 2011, and Plaintiff's Motion to Strike (Doc. #16) filed June 16, 2011.  Having read and considered the foregoing, the Court finds that Defendant's Motion to Dismiss Complaint (Doc. #9) should be granted, and Plaintiff's Motion for Preliminary Injunction (Doc. #5) and Motion to Strike (Doc. #16) should be denied.

Specifically, the Court finds that Plaintiff's Complaint fails to contain a short statement of the claims against Defendants as required by Rule 8(a) of the Federal Rules of Civil Procedure, and further fails to state a claim upon which relief can be granted by the Court under Rule 12(b)(6).

Indeed, the Court finds that Plaintiff's Complaint fails to clearly state any claim for relief against Defendants as to which this Court could assume subject matter jurisdiction.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #9) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (Doc. #5) and Plaintiff's Motion to Strike (Doc. #16) are **DENIED**.

DATED:  June 28, 2011.

_____
PHILIP M. PRO
United States District Judge

2