UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KELLY INNSBRUCK ALEXANDER,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WANN, dba CFO for New York Community Bank, in private capacity, NEW YORK COMMUNITY BANK, CAL-WESTERN RECONVEYANCE CORPORATION, CLARK COUNTY OF NEVADA,<br><br>Defendants. | 2:11-CV-00793-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Plaintiff Alexander's Request for Findings of Fact and Conclusions of Law (Doc. #26) filed July 5, 2011, Defendants' Response in Opposition thereto (Doc. #27) filed July 18, 2011, and Plaintiff's Reply (Doc. #28) filed July 26, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiff Alexander's Request for Findings of Fact and Conclusions of Law (Doc. #26) is **DENIED**.

DATED: July 28, 2011.

_____
PHILIP M. PRO
United States District Judge